**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## District of Arizona

In re **94TH AND SHEA, L.L.C.**  
Debtor(s)

Case No. **2:10-bk-37387-SSC**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CAVINESS CONSTRUCTION, INC.<br>12633 NORTH CAVE CREEK ROAD<br>NO. 3<br>PHOENIX, AZ 85022 | CAVINESS CONSTRUCTION, INC.<br>12633 NORTH CAVE CREEK ROAD<br>NO. 3<br>PHOENIX, AZ 85022 | | Disputed | 820,382.07 |
| CINDY HAMMOND<br>CHURCHILL COMMERCIAL CAPITAL<br>11811 NORTH TATUM BOULEVARD, SUITE 3083<br>PHOENIX, AZ 85028 | CINDY HAMMOND<br>CHURCHILL COMMERCIAL CAPITAL<br>11811 NORTH TATUM BOULEVARD, SUITE 3083<br>PHOENIX, AZ 85028 | Brokerage fee | Disputed | 63,000.00 |
| CJS ENTERPRISES LLC<br>22023 N. 20TH AVE.<br>SUITE B<br>PHOENIX, AZ 85027 | CJS ENTERPRISES LLC<br>22023 N. 20TH AVE.<br>SUITE B<br>PHOENIX, AZ 85027 | | Disputed | 17,726.58 |
| DIVISION NINE CONTRACTING, INC.<br>4047 E. SUPERIOR AVENUE<br>PHOENIX, AZ 85040-1750 | DIVISION NINE CONTRACTING, INC.<br>4047 E. SUPERIOR AVENUE<br>PHOENIX, AZ 85040-1750 | | Disputed | 15,364.22 |
| E STAFF<br>1803 NORTH PALM DRIVE<br>TEMPE, AZ 85281 | E STAFF<br>1803 NORTH PALM DRIVE<br>TEMPE, AZ 85281 | | Disputed | 41,653.28 |
| FREEDOM GLASS<br>3625 E. ATLANTA AVENUE<br>SUITE 1<br>PHOENIX, AZ 85040-2917 | FREEDOM GLASS<br>3625 E. ATLANTA AVENUE<br>SUITE 1<br>PHOENIX, AZ 85040-2917 | | Disputed | 9,770.61 |
| GALLAGHER & KENNEDY<br>2575 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016 | GALLAGHER & KENNEDY<br>2575 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016 | | Disputed | 14,078.89 |
| HUNTER ENGINEERING<br>10450 N. 74TH STREET<br>SUITE 200<br>SCOTTSDALE, AZ 85258 | HUNTER ENGINEERING<br>10450 N. 74TH STREET<br>SUITE 200<br>SCOTTSDALE, AZ 85258 | | Disputed | 37,602.23 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **LAKE & COBB** 1095 W. RIO SALADO PARKWAY SUITE 206 TEMPE, AZ 85281 | **LAKE & COBB** 1095 W. RIO SALADO PARKWAY SUITE 206 TEMPE, AZ 85281 | | **Disputed** | 30,690.56 |
| **LEVROSE REAL ESTATE** 4414 N. CIVIC CENTER PLAZA SUITE 100 SCOTTSDALE, AZ 85251 | **LEVROSE REAL ESTATE** 4414 N. CIVIC CENTER PLAZA SUITE 100 SCOTTSDALE, AZ 85251 | | | 9,524.59 |
| **MCCORMICK RANCH POA, INC.** 9248 N. 94TH ST. SCOTTSDALE, AZ 85258 | **MCCORMICK RANCH POA, INC.** 9248 N. 94TH ST. SCOTTSDALE, AZ 85258 | | **Disputed** | 61,483.53 |
| **MICHAEL P. LEARY** 10278 E. HILLARY DRIVE SCOTTSDALE, AZ 85255-8906 | **MICHAEL P. LEARY** 10278 E. HILLARY DRIVE SCOTTSDALE, AZ 85255-8906 | | | 11,794.75 |
| **PHARCHITECTURE** 15849 N. 71ST STREET SCOTTSDALE, AZ 85254 | **PHARCHITECTURE** 15849 N. 71ST STREET SCOTTSDALE, AZ 85254 | | **Disputed** | 259,693.97 |
| **RANDALL COHEN, MD** 9325 E. SHEA BOULEVARD BLDG. A SCOTTSDALE, AZ 85260 | **RANDALL COHEN, MD** 9325 E. SHEA BOULEVARD BLDG. A SCOTTSDALE, AZ 85260 | | **Disputed** | 69,000.00 |
| **S&H STEEL** 620 WEST COMMERCE AVENUE GILBERT, AZ 85233-4300 | **S&H STEEL** 620 WEST COMMERCE AVENUE GILBERT, AZ 85233-4300 | | **Disputed** | 26,478.00 |
| **S&S PAVING** 3401 E. ILLINI ST. PHOENIX, AZ 85040 | **S&S PAVING** 3401 E. ILLINI ST. PHOENIX, AZ 85040 | | **Disputed** | 14,687.71 |
| **SPEEDY GONZALES CONSTRUCTION, INC.** 6802 W. FRIER DR. GLENDALE, AZ 85303-1333 | **SPEEDY GONZALES CONSTRUCTION, INC.** 6802 W. FRIER DR. GLENDALE, AZ 85303-1333 | | **Disputed** | 17,869.71 |
| **STOOPS, DENIOUS, WILSON & MURRAY, PLC** 350 EAST VIRGINIA AVENUE PHOENIX, AZ 85004 | **STOOPS, DENIOUS, WILSON & MURRAY, PLC** 350 EAST VIRGINIA AVENUE PHOENIX, AZ 85004 | | **Disputed** | 8,060.00 |
| **SUMMIT TAX CONSULTING** 10278 E. HILLERY DR. SCOTTSDALE, AZ 85255 | **SUMMIT TAX CONSULTING** 10278 E. HILLERY DR. SCOTTSDALE, AZ 85255 | | | 7,931.00 |
| **WYE ELECTRIC** 1950 W. ROSE GARDEN LANE PHOENIX, AZ 85027-2748 | **WYE ELECTRIC** 1950 W. ROSE GARDEN LANE PHOENIX, AZ 85027-2748 | | **Disputed** | 12,400.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the MANAGER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 24, 2010**                       Signature  **/s/ JOHN W. ROSSO**
                                                             **JOHN W. ROSSO**
                                                             **MANAGER**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.