**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: January 20, 2011**



_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>94TH AND SHEA, L.L.C,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-bk-37387<br><br>AGREED ORDER AUTHORIZING DEBTORS' INTERIM USE OF CASH COLLATERAL |

This matter having come before the Court on the "Emergency Motion for Authorization to Use Cash Collateral" ("Cash Collateral Motion") filed by 94th and Shea, L.L.C. (the "Debtor"), and upon consideration thereof and of the "Objection to Emergency Motion for Authorization to Use Cash Collateral" ("Objection") filed by JPMCC 2007-CIBC 19 Shea Boulevard, LLC ("Lender"), and upon consideration of the arguments relating thereto by counsel for the Debtor and counsel for the Lender made at the expedited hearing of this matter, and the Court having determined that the Debtor's immediate use of collateral is necessary to avoid irreparable harm to the estate, and other good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

A. The Cash Collateral Motion is GRANTED pursuant to the terms of this Order.

B. The Debtor is allowed the use of cash collateral pursuant to the terms of the budget attached hereto as Exhibit "A" (the "Budget") through and including January 31, 2011, with a 10% variance permissible on a category basis.

C. Except with respect to the Insurance Proceeds discussed below, any cash in which the Lender claims an interest which is received by the Debtor, but not expended pursuant

to the Budget, shall be sequestered unless and until the Debtor obtains an Order from this Court or the consent of Lender authorizing its use;

D. As adequate protection for the Debtors' use of cash collateral from and after the commencement of this bankruptcy case, Lender shall be and is granted a replacement lien in the cash collateral that is held in the Debtors' debtor-in-possession operating accounts, to the same extent, and with the same validity and priority, as existed prior to the filing of the Debtors' bankruptcy cases.

E. The Debtor is authorized to use any proceeds of insurance ("Insurance Proceeds") to pay for the hail damage repairs to the Debtor's property, as identified in the attached insurance claim provided by the Debtor to the Lender (the "Repairs"), and Lender is instructed to cooperate with the Debtor in releasing the Insurance Proceeds to pay for such Repairs, including, as necessary, endorsing any insurance check(s) to pay for the Repairs. The Insurance Proceeds shall be used only to make the Repairs, or as otherwise authorized by the Lender, and the Debtor will obtain lien releases from the mechanics and materialmen doing the repairs.

F. During the interim period of this Order, the Debtor shall not make any payments or transfers of any kind to, for the benefit of, or on account of insiders of the Debtor.

G. The Debtor may pay its controller or accountant ("controller") as her duties were described on the record on December 1, 2010, for work performed at her normal hourly rate of $50.00 per hour for work performed on behalf of the Debtor. The controller shall prepare and maintain reports of her time spent, and the Debtor shall file such reports with its monthly operating reports. The controller's compensation shall not exceed $4,000 per month.

H. Unless extended by consent of the Lender or Order of the Court, the Debtor's authorization to use cash collateral pursuant to the terms of this Order expires on January 31, 2011.

I. A two-hour final hearing on the Debtor's use of cash collateral shall be held on January 20, 2011 at 2:30 p.m.

J. Debtor shall promptly serve this interim Order on Lender, any party filing a

request for notice, and the Debtor's twenty largest unsecured creditors. If no objections to this Order are filed and served within 21 days of the service of this Order, this Order shall become final. If an objection is filed, the Debtor shall set a hearing thereon.

SIGNED AND DATED ABOVE

# EXHIBIT A

The Shops at 9400
Actual/Budget Trend Analysis

|  | 11/18-11/30 | Dec-10 | Jan-11 |
|---|---|---|---|
| Current Cash Position: | 5,538.29 | | |
| **Rental Income:** | | | |
| WIBD-Scottsdale, Randy Cohen | | 9,966.66 | 9,966.66 |
| Elements Therapeutic Massage | | 4,153.13 | 4,153.13 |
| Pretty Papers | | 3,117.38 | 3,117.38 |
| Renegade | 0.00 | 0.00 * | 0.00 |
| Sway Boutique | 500.00 | 1,500.00 | 1,500.00 |
| 94 Hundred Corporate Center | | 35,239.00 | 35,239.00 |
| Who's Next? Barber Shop | 0.00 | 0.00 | 0.00 |
| Scottsdale Hand & Foot Spa | | 4,062.05 | 4,062.05 |
| Golden Spoon Arizona | | 2,677.00 | 2,677.00 |
| Continental Cleaners | | 3,392.08 | 3,392.08 |
| L&L Restaurant #1 | | 8,400.00 | 8,400.00 |
| * Renegade Rent Deferred for Six Months | | | |
| **Total Rental Income** | 500.00 | 72,507.30 | 72,507.30 |
| **Common Area Reimb** | | | |
| Common Area Maint. Adj | 0.00 | 6,068.00 | 6,068.00 |
| Prior Year CAM Adj. | 0.00 | 0.00 | 0.00 |
| **Total Oper.Exp.Adj.Income** | 0.00 | 6,068.00 | 6,068.00 |
| **Other Income:** | | | |
| Renegade Utlity Reimbursement | 0.00 | 6,000.00 | 6,000.00 |
| **Total Income** | 500.00 | 84,575.30 | 84,575.30 |
| **Expense:** | | | |
| **Utilities:** | | | |
| Electricity | 0.00 | 5,500.00 | 5,500.00 |
| Electricity-Corp Ctr | 0.00 | 6,500.00 | 6,500.00 |
| Water | 0.00 | 1,900.00 | 2,400.00 |
| Water-Corp Center | 0.00 | 500.00 | 500.00 |
| **Total Utilities** | 0.00 | 14,400.00 | 14,900.00 |

| Struct./Mech.Rprs & Maint | 11/18-11/30 | Dec-10 | Jan-11 |
|---|---|---|---|
| Insurance Deductible-Hail Damage | 1,000.00 | 0.00 | 0.00 |
| R & M-Light Bulbs | 0.00 | 0.00 | 0.00 |
| R & M-HVAC | 500.00 | 250.00 | 500.00 |
| R & M-Electrical | 50.00 | 50.00 | 50.00 |
| R & M-Plumbing-Corp Ctr | 100.00 | 100.00 | 100.00 |
| **Total Structural/Mech.Rpr** | 1,650.00 | 400.00 | 650.00 |

**Maint. & Contract Service**

| | | | |
|---|---|---|---|
| Fire/Safety Systems | 0.00 | 901.00 | 901.00 |
| Roof Repairs - 0695 | 0.00 | 45.00 | 45.00 |
| Pest Control | 0.00 | 88.00 | 88.00 |
| Pest Control-Corp Ctr | 0.00 | 55.00 | 55.00 |
| Fountain Maintenance | 0.00 | 287.00 | 287.00 |
| Muzak Contract | 0.00 | 307.40 | 307.40 |
| Landscaping-(Int./Ext.) | 1,200.00 | 1,750.00 | 1,750.00 |
| Elevator Maint. & Repair | 0.00 | 0.00 | 0.00 |
| Elevator Maint & Rpr - Corp Ctr | 0.00 | 443.00 | 0.00 |
| Security Service | 0.00 | 0.00 | 0.00 |
| Misc. Maint. & Contr.Svcs | 500.00 | 500.00 | 500.00 |
| **Total Maint & Contr. Svcs** | 1,700.00 | 4,376.40 | 3,933.40 |

**Supplies & Materials:**

| | | | |
|---|---|---|---|
| R&M Supplies | 150.00 | 150.00 | 150.00 |
| **Total Supplies & Material** | 150.00 | 150.00 | 150.00 |

**Parking:**

| | | | |
|---|---|---|---|
| Prkg-Rpr & Maint. | 0.00 | 500.00 | 500.00 |
| **Total Parking Expense** | 0.00 | 500.00 | 500.00 |

**Janitorial:**

| | | | |
|---|---|---|---|
| Porter Expense | 750.00 | 1,700.00 | 1,260.00 |
| Porter Expense-Corp Ctr | 250.00 | 500.00 | 500.00 |
| Window Cleaning | 0.00 | 610.00 | 610.00 |
| Janitorial Service-Corp Ctr | 0.00 | 3,025.00 | 2,375.00 |
| Refuse Removal | 0.00 | 1,820.00 | 1,820.00 |
| **Total Janitorial** | 1,000.00 | 7,655.00 | 6,565.00 |

| General & Administrative | 11/18-11/30 | Dec-10 | Jan-11 |
|---|---:|---:|---:|
| Holiday Decorations | | 500.00 | 500.00 |
| Charity Event/Miracle on 94th Street | | 1,250.00 | 1,250.00 |
| Office Supplies | 50.00 | 50.00 | 50.00 |
| Postage/Delivery | 35.00 | 35.00 | 35.00 |
| Vehicle | 0.00 | 200.00 | 200.00 |
| Web Site Maintenance | | 500.00 | 500.00 |
| Property Mgmt Fee-Contract | 0.00 | 3,000.00 | 3,000.00 |
| **Total General & Admin.** | 85.00 | 5,535.00 | 5,535.00 |
| **Insurance: (accrued)** | | 1,099.00 | 1,099.00 |
| **Taxes:** | | | |
| Tax Savings | 0 | 0.00 | 0 |
| **Total Operating Expenses** | 4,585.00 | 34,115.40 | 33,332.40 |
| **Net Operating Income** | (4,085.00) | 50,459.90 | 51,242.90 |
| **Non-Recoverable Expenses:** | | | |
| **Utitilies:** | | | |
| **Struc/Mechan Rpr's Mnt:** | | | |
| R & M-Misc | 0.00 | 0.00 | 0.00 |
| **Ttl Structural/Mechancial** | 0.00 | 0.00 | 0.00 |
| **Maint. & Contract Svcs:** | | | |
| Sign & Graphic Rpr/Maint. | 0.00 | 400.00 | 400.00 |
| **Ttl Maint/Contract Svcs** | 0.00 | 400.00 | 400.00 |
| **Supplies:** | | | |
| **Parking Expense:** | 0.00 | 0 | 0 |
| **Janitorial Expenses:** | | | |

| General & Admin Expense: | 11/18-11/30 | Dec-10 | Jan-11 |
|---|---|---|---|
| Postage/Delivery Service | 0.00 | 0.00 | 0.00 |
| Controller Fee Contract | 0.00 | 4,000.00 | 4,000.00 |
| Asset Management Fee | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 |
| Legal Fees | | 2,000.00 | 2,000.00 |
| Marketing | | 500.00 | 500.00 |
| Office Expense | | 950.00 | 950.00 |
| U.S. Trustee Fee (accrued) | 162.50 | 406.25 | 406.25 |
| Miscellaneous | 0.00 | 1,000.00 | 1,000.00 |
| Bank Fees | 35.00 | 35.00 | 35.00 |
| **Total General & Admin** | 197.50 | 8,891.25 | 8,891.25 |
| **Taxes:** | | | |
| **Total Non-Operating Exp.** | 197.50 | 9,291.25 | 9,291.25 |
| **Net Income after Expense** | (4,282.50) | 41,168.65 | 41,951.65 |
| **Non-Pass Thru Ops Exp.** | | | |
| Tenant Bill Backs | 0.00 | 6,000.00 | 6,000.00 |
| Legal/Accounting Fees | 0.00 | 0.00 | 0.00 |
| **Ttl Non-Pass Thru Ops Exp** | 0.00 | 6,000.00 | 6,000.00 |
| **Debt Service:** | | | |
| Mortgage-Interest | 0.00 | 0.00 | 0.00 |
| **Total Debt Service Exp.** | 0.00 | 0.00 | 0.00 |
| **Capital Expenses:** | | | |
| Miscellaneous | 0.00 | 0.00 | 0.00 |
| Tenant Alterations | 0.00 | 0.00 | 0.00 |
| **Total Capital Expense** | 0.00 | 0.00 | 0.00 |
| **Amort./Deprec. Expense:** | | | |
| **Net Profit/(Loss)** | 1,255.79 | 35,168.65 | 35,951.65 |

# EXHIBIT B

9400 Shea — Hail Claim

| | | |
|---|---|---|
| Roof | McBride<br>623.516.2400 | $54,450.00 |
| EIFS | Bowles Contracting<br>602.919.0242 | $58,973.00 |
| Paint | | $19,476.00 |
| Metal Canopies | Paul Rich<br>602.331.3379 | $103,073.00 |
| HVAC | Bel-Aire<br>623.846.8600 | $107,637.00 |
| Supervision | | $17,180.45 |
| Sales Tax | | $20,990.73 |
| Total Claim: | | $381,780.18 |
| | | |
| Less Deductible | | $5,000.00 |
| Check | | $201,611.46 |
| Check | | $113,435.20 |
| Balance Due upon Completion: | | $61,733.52 |